1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DISTRICT COURT, <br><br> Defendant. | CASE NO. C22-1512 MJP <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of Magistrate Judge S. Kate Vaughan. (Dkt. No. 2.) Having reviewed the Report and Recommendation and Plaintiff's Objections (Dkt. No. 3), the Court ADOPTS the Report and Recommendation and DISMISSES this action WITHOUT PREJUDICE.

In his Objections, Plaintiff avers that he has provided evidence of a surety to pay all of his past, present, and future filing fees. (Dkt. No. 3 at 2.) Plaintiff further argues that he need not submit an IFP application because of the existence of the surety. (Id.)

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

The Court finds no merit in Plaintiff's Objections. As the Report and Recommendation explains, Plaintiff must pay the filing fee or submit an IFP application. Plaintiff has identified no basis that his alleged "surety" absolves him of duty to pay the filing fee or submit an IFP application. And Plaintiff fails to respond to the Report and Recommendation's conclusion that even if he had satisfied the filing fee or IFP requirements, he lacks a viable basis for relief. (See Report and Recommendation at 3.) The Court therefore OVERRULES the objections and ADOPTS the Report and Recommendation.

The Court DISMISSES this action WITHOUT PREJUDICE.

The clerk is ordered to provide copies of this order to Plaintiff, Magistrate Judge Vaughan, and to all counsel.

Dated December 19, 2022.

Marsha J. Pechman
United States Senior District Judge